UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-438-RJC-DSC

| | |
|---|---|
| UNITED STATES, ex rel. DICKSON, )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>TOYO INK MANUFACTURING CO., LTD.; )<br>TOYO INK INTERNATIONAL )<br>CORPORATION; TOYO INK AMERICA, )<br>LLC; TOYO INK MFG, AMERICA, LLC; )<br>and PYOSA, S.A. DE C.V., )<br>)<br>Defendants. )<br>) | **ORDER** |

**THIS MATTER** comes before the Court upon the United States' Motion for an Order Regarding Post-Intervention Procedures, (Doc. No. 20).

The United States intervened in part and declined to intervene in other parts of this action on April 9, 2012, (Doc. No. 19). Pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(2) and (4), see also United States ex rel. Feldman v. City of New York, 808 F. Supp. 2d 641, 648 (S.D.N.Y. 2011) (allowing United States to partially intervene), the Court rules as follows:

**IT IS ORDERED** that:

1. the relator's complaint and the United States' Notice of Election to Intervene in Part and Decline to Intervene in Part be unsealed;

2. the United States shall file its Complaint within 90 days;

3. the relator shall serve his Complaint upon the defendants within 90 days;

4. all other papers or Orders on file in this matter prior to April 9, 2012 shall remain under seal for good cause shown;

5. the seal shall be lifted on all other matters occurring in this action after April 9, 2012;

6. as to the part of this action in which the United States has declined to intervene, the parties shall serve all pleadings, motions, and supporting memoranda upon the United States, as provided for in 31 U.S.C. § 3730(c)(3);

7. the United States may order any deposition transcripts, see id.;

8. the United States may move to intervene in that part of this action which it has thus far declined to intervene, for good cause shown, see id.;

9. all Orders of this Court shall be sent to the United States; and

10. should the relator or the defendant propose that the part of this action in which the United States has declined to intervene be dismissed, settled, or otherwise discontinued, the Court will solicit the written consent of the United States before granting its approval. See 31 U.S.C. § 3730(b).

Signed: April 23, 2012

Robert J. Conrad, Jr.
Chief United States District Judge