IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. DICKSON, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 3:09CV438-RJC-DSC |
| TOYO INK MANUFACTURING CO., LTD; TOYO INK INTERNATIONAL CORPORATION; TOYO INK AMERICA, LLC; TOYO INK MFG. AMERICA, LLC; and PYOSA, S.A. DE C.V., ) ) ) ) ) ) | |
| Defendants. ) | |

## ORDER

Upon Motion of the United States and for good cause shown, IT IS HEREBY ORDERED that unless documents evidencing a settlement are filed in the meantime, (1) the United States shall have up to and including November 13, 2012 in which to file its complaint in intervention; and (2) the Relator shall serve his complaint on the Defendants on or before November 13, 2012.

SO ORDERED.

Signed: August 9, 2012

David S. Cayer
United States Magistrate Judge