IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel.* DICKSON, )<br> )<br>Plaintiff, )<br> )<br>v. )<br> )<br>TOYO INK MANUFACTURING CO., )<br>LTD; TOYO INK INTERNATIONAL )<br>CORPORATION; TOYO INK AMERICA, )<br>LLC; TOYO INK MFG. AMERICA, LLC; )<br>and PYOSA, S.A. DE C.V., )<br> )<br>Defendants. ) | Case No. 3:09CV438 |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), and in accordance with the terms and conditions of the December 13, 2012 Settlement Agreement (the "Settlement Agreement") among the United States; Toyo Ink SC Holdings Co., Ltd. (successor in interest to Toyo Ink Manufacturing Co., Ltd.), Toyocolor Co., Ltd., Toyo Ink Co., Ltd., Toyochem Co., Ltd., Toyo Ink Mfg. America, LLC, Toyo Ink International Corp., and Toyo Ink America, LLC (collectively, Toyo); and Relator John Dickson, the United States and Relator hereby stipulate, through their undersigned counsel, to the entry of an order (1) dismissing with prejudice all claims asserted on behalf of the United States against Toyo for the Covered Conduct as defined in Preamble Paragraph C of the Settlement Agreement; (2) dismissing without prejudice to the United States and with prejudice to Relator all other claims asserted on behalf of the United

States; and (3) dismissing with prejudice all claims asserted on behalf of Relator for attorneys' fees under 31 U.S.C. § 3730(d).

Relator, on behalf of himself, his heirs, successors, attorneys, agents, and assigns, stipulates that the Settlement Amount set forth in the Settlement Agreement and the terms and conditions described therein are fair, adequate, and reasonable under all the circumstances, that he will not challenge the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B), and that he expressly waives the opportunity for a hearing on any objection to the settlement pursuant to 31 U.S.C. § 3730(c)(2)(B).

The United States and Relator respectfully request that the Court enter an order in the form of the attached, proposed order.

DATED this 19th day of December, 2012.

Respectfully Submitted,

FOR THE UNITED STATES:

STUART F. DELERY
Principal Deputy Assistant Attorney General
Civil Division

ANNE M. TOMPKINS
United States Attorney

**/s Paul B. Taylor**
PAUL B. TAYLOR
Assistant United States Attorney
Western District of North Carolina
Chief, Civil Division
N.C. Bar No. 10067
U.S. Courthouse, Room 233
100 Otis Street
Asheville, NC 28801-2611
Tel. – 828-271-4661
Fax – 828-271-4670
Email: paul.taylor@usdoj.gov

/s Christelle Klovers
CHRISTELLE KLOVERS
JUDITH RABINOWITZ
MICHAEL D. GRANSTON
Illinois State Bar No. 6300230
Attorneys, Civil Division
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044
(202) 305-3656
Christelle.Klovers@usdoj.gov


FOR RELATOR:	s/ J. Mitchell Aberman
J. Mitchell Aberman
N.C. Bar No. 12295
Preston O. Odom, III
N.C. Bar No. 29587
James, McElroy & Diehl, P.A.
600 South College Street
Charlotte, North Carolina  28202
Tel. – 704-372-9870
Fax – 704-333-5508
Email: MAberman@jmdlaw.com
	POdom@jmdlaw.com

# CERTIFICATE OF SERVICE

      I hereby certify that on the 19th day of December, 2012, a true and correct copy of the foregoing was served upon the parties below by mailing a copy thereof, postage prepaid and properly addressed as indicated or by service through the court's ECF/PACER electronic email noticing system:

J. Mitchell Aberman
Preston O. Odom, III
James, McElroy & Diehl, P.A.
600 South College Street, Suite 3000
Charlotte, NC 28202
maberman@jmdlaw.com

Counsel for the Plaintiff-Relator


And a courtesy copy to:

Douglas W. Baruch
Fried, Frank, Harris, Shriver & Jacobson LLP
801 17th Street, NW
Washington, DC 20006

Counsel for the Toyo Defendants


                                              **/s Paul B. Taylor**
                                              _____
                                              Paul B. Taylor
                                              Assistant United States Attorney