IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| *ex rel*. DICKSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:09CV438-RJC-DSC |
| ) | |
| TOYO INK MANUFACTURING CO., ) | |
| LTD; TOYO INK INTERNATIONAL ) | |
| CORPORATION; TOYO INK AMERICA, ) | |
| LLC; TOYO INK MFG. AMERICA, LLC; ) | |
| and PYOSA, S.A. DE C.V., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Upon Motion of the United States of America, and for good cause shown, IT IS HEREBY ORDERED that the Amended Complaint filed in this matter May 14, 2010 (docket # 8) and all of its attachments are hereby unsealed.

**SO ORDERED**.

Signed: January 10, 2013

David S. Cayer
United States Magistrate Judge