IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>*ex rel*. DICKSON, )<br> )<br>**Plaintiff,** )<br> )<br>v. )<br> )<br>TOYO INK MANUFACTURING CO., )<br>LTD; TOYO INK INTERNATIONAL )<br>CORPORATION; TOYO INK AMERICA, )<br>LLC; TOYO INK MFG. AMERICA, LLC; )<br>and PYOSA, S.A. DE C.V., )<br> )<br>**Defendants.** ) | Case No. 3:09CV438-RJC-DSC |

## ORDER

Upon Motion of the United States of America, and for good cause shown, IT IS HEREBY ORDERED that the Amended Complaint filed in this matter May 14, 2010 (docket # 8) and all of its attachments are hereby unsealed.

**SO ORDERED**.

Signed: January 10, 2013

David S. Cayer
United States Magistrate Judge