UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:09-cv-438-RJC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DICKSON, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) |
| TOYO INK MANUFACTURING CO., LTD; TOYO INK INTERNATIONAL CORPORATION; TOYO INK AMERICA, LLC; TOYO INK MFG. AMERICA, LLC; and PYOSA, S.A. DE C.V., | ) ) ) ) ) ) |
| Defendants. | ) ) |

**ORDER**

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and Relator filed a Joint Stipulation of Dismissal on December 19, 2012. (Doc. No. 30). On December 13, 2012, the United States filed a Settlement Agreement (the "Settlement Agreement") executed by the United States; Toyo Ink SC Holdings Co., Ltd. (successor in interest to Toyo Ink Manufacturing Co., Ltd.), Toyocolor Co., Ltd., Toyo Ink Co., Ltd., Toyochem Co., Ltd., Toyo Ink Mfg. America, LLC, Toyo Ink International Corp., and Toyo Ink America, LLC (collectively, "Toyo"); and Relator John Dickson. (Doc. No. 29).

Pursuant to the terms of the Settlement Agreement, all claims asserted on behalf of the United States against Toyo concerning the Covered Conduct as defined in Preamble Paragraph C of the Settlement Agreement are dismissed with prejudice. Further consistent with the terms of the Settlement Agreement, all other claims asserted on behalf of the United States are dismissed without prejudice to the United States and with prejudice as to Relator. Finally, all claims

1

asserted on behalf of Relator for attorneys' fees under 31 U.S.C. § 3730(d) are dismissed with prejudice.

**IT IS, THEREFORE, ORDERED** that:

1. Consistent with the terms of the December 13, 2012 Settlement Agreement, (Doc. No. 29-1), all claims asserted on behalf of the United States against Toyo concerning the Covered Conduct as defined in Preamble Paragraph C of the Settlement Agreement are dismissed with prejudice; all other claims asserted on behalf of the United States are dismissed without prejudice to the United States and with prejudice as to Relator; all claims asserted on behalf of Relator for attorneys' fees under 31 U.S.C. § 3730(d) are dismissed with prejudice; and

2. The Clerk of Court is directed to close this case.

Signed: January 14, 2013

Robert J. Conrad, Jr.
Chief United States District Judge