# United States District Court
# Western District of North Carolina
# Charlotte Division

| | | |
|---|---|---|
| USA ex rel. John Dickson, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:09-cv-00438-RJC-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| Toyo Ink America, LLC, et al | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 14, 2013 Order.

January 14, 2013

*Frank G. Johns*
Frank G. Johns, Clerk
United States District Court